**FILED**
December 9, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                        )<br>            Plaintiff,                        )<br>v.                                                    )<br>                                                        )<br>SYLVIA CLARA SIMONSEN ,        )<br>                                                        )<br>            Defendant.                      ) | Case No. 3:19MJ00007-DMC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  SYLVIA CLARA SIMONSEN  , Case No. 3:19MJ00007-DMC  , Charge  18USC 1201  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__     Release on Personal Recognizance

__     Bail Posted in the Sum of $__

       __     Unsecured Appearance Bond

       __     Appearance Bond with 10% Deposit

       __     Appearance Bond with Surety

       __     Corporate Surety Bail Bond

   ✔     (Other)          Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  Decmber 9, 2019  at  2:00 pm  .

                                                By     /s/ Allison Claire
                                                        Allison Claire
                                                        United States Magistrate Judge

Copy 2 - Court