HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SYLVIA SIMONSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:20-CR-0051-KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | ) |
| SYLVIA SIMONSEN, | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant SYLVIA SIMONSEN, through their respective attorneys that the release conditions imposed on Ms. Simonsen on December 9, 2019 (Docket 25), will be modified to remove Condition 12 and Condition 13 on March 11, 2020.

12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

13. **CURFEW:** You must remain inside your residence every day from 5:00pm to 8:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

Stipulation to Modify Special Condition of Release

-1-

Ms. Simonsen is scheduled to waive indictment on March 11, 2020 and proceed on an Information charging her with 18 U.S.C. §1519, which is not an Adam Walsh offense. The proposed modification is supported by her Pretrial Services Officer and the government.

All other conditions shall remain in force.

| | |
|---|---|
| DATED: March 6, 2020 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for SYLVIA SIMONSEN |
| DATED: March 6, 2020 | McGREGOR SCOTT<br>United States Attorney<br><br>*/s/ James Conolly*<br>JAMES CONOLLY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **O R D E R**

The following release conditions imposed on Ms. Simonsen on December 9, 2019 (Docket 25), will be modified to remove Condition 12 and Condition 13 on March 11, 2020.

12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

14. **CURFEW:** You must remain inside your residence every day from 5:00pm to 8:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

All other conditions shall remain in force.

DATED: March 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE